IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:10CR43 |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN M. JINDRA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to extend self-surrender date (Filing No. 105). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that the motion is granted. Defendant shall self-surrender for service of his sentence on or before 2 p.m. on July 30, 2012, at the institution designated by the Bureau of Prisons.

DATED this 16th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court